UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CLIFTON BOYD #145030,

        Plaintiff,

                              File No. 2:07-CV-257

v.

                              HON. ROBERT HOLMES BELL

DAVID GUINN, *et. al.*,

        Defendants.

                              /

**MEMORANDUM OPINION AND ORDER**
**<u>ADOPTING THE REPORT AND RECOMMENDATION</u>**

        On April 9, 2008, United States Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R"), recommending that Plaintiff Clifton Boyd's 42 U.S.C. § 1983 prisoner civil rights action be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(b), and 42 U.S.C. § 1997e(c), for failure to state a claim. (Dkt. No. 5.) Plaintiff filed objections to the R&R on April 25, 2008. For the reasons that follow, Plaintiff's objections are denied and the R&R is adopted as the opinion of the Court.

        This Court is required to make a *de novo* review of those portions of a R&R to which specific objections are made, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

        Plaintiff's only objection is that there is "clear evidence" to support his claim if the Court accepts his allegations as true. However, the R&R assumed the truth of Plaintiff's

allegations and nevertheless found that Plaintiff failed to state a claim of deprivation of medical care under the Eighth Amendment. Having reviewed Plaintiff's complaint, the R&R, and Plaintiff's objections to the R&R, the Court finds that the R&R correctly states the law and correctly applies it to the facts of this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Dkt. No. 5) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Clifton Boyd's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that this dismissal shall count as a **STRIKE** for purposes of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).


Dated: December 23, 2008         /s/ Robert Holmes Bell
                                 ROBERT HOLMES BELL
                                 UNITED STATES DISTRICT JUDGE